IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES E. THOMPSON,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN OWENS/DOC, et al.,<br><br>    Respondent. | CIVIL ACTION FILE<br>NO. 1:14-CV-2191-TWT |

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending granting the Defendants' Motions to Dismiss [Doc. 5 & 6]. The Petitioner's objections do not address the reasons given by the Magistrate Judge for granting the Defendants' motions. The Attorney General is not a proper party and this action is untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. A Certificate of Appealability will not be issued.

T:\ORDERS\14\Thompson\14cv2191\r&r.wpd

SO ORDERED, this 3 day of November, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge